## Case Information

24DCV344767 | Noe Martinez Trevino VS. FAYZULLO NABIEV,ABDUNABI EXPRESS INC.,AMAZON LOGISTICS INC.,VALERIE LEE,CHARLES H MARLOW

| Case Number | Court | Judicial Officer |
|---|---|---|
| 24DCV344767 | 169th Judicial District Court | Starritt-Burnett, Cari |
| File Date | Case Type | Case Status |
| 02/23/2024 | Injury/Damage: Motor Vehicle | Active |

## Party

Plaintiff
Martinez Trevino, Noe

Active Attorneys
Lead Attorney
CLARK, AMY E
Retained

Defendant
NABIEV, FAYZULLO

Defendant
ABDUNABI EXPRESS INC.

Defendant
AMAZON LOGISTICS INC.

Active Attorneys
Lead Attorney
FAVALORO, LAURA S.
Retained

Defendant
LEE, VALERIE

Defendant
MARLOW, CHARLES H

## Events and Hearings

02/23/2024 New Case Filed (OCA)

02/23/2024 Petition (e-File)

Comment
PLAINTIFF'S ORIGINAL PETITION AND DEMAND FOR JURY BY CLARK

02/23/2024 Statement of Inability to Afford Cost (e-File)

Comment
STATEMENT OF INABILITY TO AFFORD PAYMENT OF COURT COSTS

03/04/2024 Request for Service

Comment
REQUEST FOR CITATIONS FOR FAYZULLO NABIEV, ABUNABI EXPRESS INC & AMAZON LOGISTICS INC

03/06/2024 Clerk's Copy

Comment
CLERK'S COPY OF N/RC X2 & CIT - MAILED TO ATTY @4929 WILSHIRE BLVD

03/06/2024 Citation

Served
03/25/20248:47 PM

Anticipated Server
Attorney

Anticipated Method
In Person
Unserved

Anticipated Server
Attorney

Anticipated Method
In Person
Served
03/21/20242:01 PM

Anticipated Server
Attorney

Anticipated Method
In Person

03/22/2024 Served Service

Comment
SERVED CITATION FOR AMAZON LOGISTICS INC 03.21.24

03/28/2024 Served Service

Comment
SERVED CITATION FOR FAYZULLO NABIEV 03.25.24

04/15/2024 Answer

Comment
DEFENDANT AMAZON LOGISTICS, INC'S SPECIAL EXCEPTIONS AND ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION BY FAVALORO

Rec 3-21-24 2:12pm ORIGINAL EXHIBIT A Del 3-21-24 6:24-CV-205

server: BACK TO ATTY

# THE STATE OF TEXAS

## CITATION

## Cause No. 24DCV344767

To: AMAZON LOGISTICS, INC.
211 E. 7TH STREET, SUITE 620
~~AUSTIN, TEXAS 78701~~
AGENT OF SERVICE: CORPORATION SERVICE COMPANY DBA CSC – LAWYERS INC.

PAUPER'S OATH

**Defendant,** in the hereinafter styled and numbered cause:
You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION AND DEMAND FOR JURY** at or before 10:00 a.m. on the first Monday following the expiration of twenty (20) days from the date of service hereof, with the clerk of the **169th Judicial District Court**, Bell County, Texas, to be held at the Bell County Justice Complex Building, District Courts in Belton, Texas, a copy of which accompanies this citation, in cause number **24DCV344767**, styled

**Noe Martinez Trevino VS. FAYZULLO NABIEV, ABDUNABI EXPRESS INC., AMAZON LOGISTICS INC., VALERIE LEE, CHARLES H MARLOW**

filed in the said court on **February 23, 2024**.

This was issued at the request of attorney: **AMY CLARK BEVERLY LAW FIRM 4929 WILSHIRE BLVD SUITE 702 LOS ANGELES CA 90010**

**NOTICE TO Defendant:** *You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 AM on the first Monday following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.*

Witness, Joanna Staton, District Clerk of Bell County, Texas.

Issued and given under my hand and seal of said Court at office in Belton, Texas, on March 06, 2024.

**Joanna Staton**
**District Clerk**
Bell County, Texas
1201 Huey Road
P.O. Box 909
Belton, Texas 76513

By: C. Chase, Deputy Clerk
C. Chase

## CITATION RETURN OF SERVICE
**Cause No. 24DCV344767**

**Noe Martinez Trevino VS. FAYZULLO NABIEV, ABDUNABI EXPRESS INC., AMAZON LOGISTICS INC., VALERIE LEE, CHARLES H MARLOW**

**169TH JUDICIAL DISTRICT COURT**

ADDRESS FOR SERVICE:
**AMAZON LOGISTICS, INC.**
**211 E. 7TH STREET, SUITE 620**
**AUSTIN, TEXAS 78701**
**AGENT OF SERVICE: CORPORATION SERVICE COMPANY DBA CSC – LAWYERS INC.**

**OFFICER'S RETURN**

Came to hand on the ______ day of ______________________________, 20___, at _________, o'clock _____.m., and executed in ________________________ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the **PLAINTIFF'S ORIGINAL PETITION AND DEMAND FOR JURY** at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| | | |

And not executed as to the defendant(s), ______________________________

The diligence used in finding said defendant(s) being:

______________________________

and the cause or failure to execute this process is:

______________________________

and the information received as to the whereabouts of said defendant(s) being:

______________________________

**FEES:**

Serving Petition and Copy $ __________

Total $ __________

______________________________, Officer

______________________________, County, Texas

By: ______________________________, Deputy

______________________________

Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

In accordance with TRCP Rule 107; the officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is ______________________________, my date of birth is ____________________, and my address is
(First, Middle, Last)

______________________________."
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in ____________________ County, State of ____________________, on the _____ day of ______________.

______________________________
Declarant/Authorized Process Server

______________________________
(Id # & expiration of certification)

EXHIBIT A 6:24-CV-205

COPY

server: BACK TO ATTY

# THE STATE OF TEXAS

## CITATION

## Cause No. 24DCV344767

**To: AMAZON LOGISTICS, INC.**
**211 E. 7TH STREET, SUITE 620**
**AUSTIN, TEXAS 78701**
**AGENT OF SERVICE: CORPORATION SERVICE COMPANY DBA CSC – LAWYERS INC.**

**Defendant,** in the hereinafter styled and numbered cause:
You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION AND DEMAND FOR JURY** at or before 10:00 a.m. on the first Monday following the expiration of twenty (20) days from the date of service hereof, with the clerk of the **169th Judicial District Court**, Bell County, Texas, to be held at the Bell County Justice Complex Building, District Courts in Belton, Texas, a copy of which accompanies this citation, in cause number **24DCV344767**, styled

**Noe Martinez Trevino VS. FAYZULLO NABIEV, ABDUNABI EXPRESS INC., AMAZON LOGISTICS INC., VALERIE LEE, CHARLES H MARLOW**

filed in the said court on **February 23, 2024.**

This was issued at the request of attorney: **AMY CLARK BEVERLY LAW FIRM 4929 WILSHIRE BLVD SUITE 702 LOS ANGELES CA 90010**

**NOTICE TO Defendant:** ***You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 AM on the first Monday following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.***

Witness, Joanna Staton, District Clerk of Bell County, Texas.

Issued and given under my hand and seal of said Court at office in Belton, Texas, on March 06, 2024.

**Joanna Staton**
**District Clerk**
Bell County, Texas
1201 Huey Road
P.O. Box 909
Belton, Texas 76513

By: C. Chase, Deputy Clerk

# CITATION RETURN OF SERVICE
## Cause No. 24DCV344767

**Noe Martinez Trevino VS. FAYZULLO NABIEV, ABDUNABI EXPRESS INC., AMAZON LOGISTICS INC., VALERIE LEE, CHARLES H MARLOW**

**169TH JUDICIAL DISTRICT COURT**

ADDRESS FOR SERVICE:
**AMAZON LOGISTICS, INC.**
**211 E. 7TH STREET, SUITE 620**
**AUSTIN, TEXAS 78701**
**AGENT OF SERVICE: CORPORATION SERVICE COMPANY DBA CSC – LAWYERS INC.**

## OFFICER'S RETURN

Came to hand on the ______ day of ____________________________, 20___, at _________, o'clock _____.m., and executed in ______________________ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the **PLAINTIFF'S ORIGINAL PETITION AND DEMAND FOR JURY** at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| | | |

And not executed as to the defendant(s),____________________________________________

The diligence used in finding said defendant(s) being:

______________________________________________________________

and the cause or failure to execute this process is:

______________________________________________________________

and the information received as to the whereabouts of said defendant(s) being:

______________________________________________________________

**FEES:**
Serving Petition and Copy $ __________
Total $ __________

______________________________, Officer
______________________________, County, Texas
By: ______________________________, Deputy

______________________________
Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with TRCP Rule 107; the officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is ________________________________, my date of birth is ____________________, and my address is
(First, Middle, Last)
______________________________________________________________."
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in ____________________ County, State of ___________________, on the _____ day of _____________.

______________________________
Declarant/Authorized Process Server

______________________________
(Id # & expiration of certification)

EXHIBIT A
6:24-CV-205
Filed 2/23/2024 4:20 PM
Joanna Staton, District Clerk
District Court - Bell County, TX
by Melissa Wallace , Deputy

COPY

CAUSE NO. 24DCV344767

| | | |
|---|---|---|
| NOW MARTINEZ TREVINO<br>*PLAINTIFF*<br>V.<br>FAYZULLO NABIEV, ABDUNABI EXPRESS INC,, AND AMAZON LOGISTICS INC.<br>*DEFENDANTS* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br>OF BELL COUNTY, TEXAS<br>169th JUDICIAL DISTRICT |

---

PLAINTIFF'S ORIGINAL PETITION AND DEMAND FOR JURY

---

Plaintiff Noe Martinez Trevino (Mr. Martinez) hereby files suit against Fayzullo Nabiev, Abdunabi Express Inc., Amazon Logistics Inc., Valerie Lee and Charles H Marlow for injuries arising from the negligence and personal injury caused by Mr. Naviev running the tractor-trailer he was driving into the vehicle being towed by Mr. Martinez.

I.

DISCOVERY CONTROL PLAN

1. Plaintiff affirmatively pleads that this is a suit NOT governed by the expedited actions process in TRCP 169 because they seek monetary relief of more than $250,000 for damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees.

2. Plaintiff requests TRCP 190 Discovery Control Plan Level 2 treatment for this case.

II.

PARTIES AND SERVICE

3. Plaintiff Noe Martinez Trevino is a resident of Brownsville, Texas in Cameron County. He may be contacted through her attorney, Amy Beth Clark, (310) 552-6959 and AmyBClark@BeverlyLaw.com. Central office for mailing of legal documents:

4929 Wilshire Blvd, Suite 702 Los Angeles, CA 90010.

4. Defendant Fayzullo Nabiev is an individual and resident of the state of New York and can be served at 3111 Brighton 7th Street, Apt 1L, Brooklyn, New York, 11235.

5. Defendant Abdunabi Express Inc. is a foreign limited liability corporation owned by Fayzullo Nabiev. Abdunabi Express Inc. can be served at 3111 Brighton 7th St., Apt 1L, Brooklyn, New York, 11235.

6. Defendant Amazon Logistics, Inc. is a foreign corporation with a principal address at 207 Boren Avenue N., Seattle, Washington, 98109-5210. It can be served by serving its registered agent, Corporation Service Company dba CSC – Lawyers Inc. at 211 E. 7th Street, Suite 620, Austin, Texas 78701.

7. In the event any parties are misnamed or not included herein it is plaintiff's contention that such was a misidentification, misnomer, and/or such parties are/were alter egos of parties named here in. Alternatively, plaintiff contends such corporate veils should be pierced to hold such parties properly included in the interest of justice.

8. Plaintiff reserves all rights under Texas Rule of Civil Procedure 28 to substitute the true name, assumed name, and/or common name of any defendant upon plaintiffs or the courts motion.

III.

JURISDICTION AND VENUE

9. Venue is in Bell County and is proper as the incident that made the basis of this lawsuit occurred and the cause of action arose in Bell County, Texas. Defendants committed torts in the State of Texas, thus submitting themselves to the jurisdiction of Texas.

10. This Court has jurisdiction of the subject matter of this lawsuit and the amount of controversy is above the minimum jurisdictional limits of this Honorable Court.

## IV.

## FACTUAL ALLEGATIONS

11. On or about March 16, 2022, Noe A. Martinez Trevino was driving his truck on IH-35 in Bell County when the tractor-trailer driven by Defendant Fayzullo Nabiev failed to see the vehicle Mr. Martinez was towing and crashed into it, causing damage to the towed vehicles as well as damaging Mr. Martino's vehicle and injuring him.

12. Fayzullo Nabiev worked as a commercial truck driver for hire through his company, Abdunabi Express Inc.

13. The truck (or "tractor" of the tractor-trailer) driven by Mr. Nabiev that day was owned by Abdunabi Express Inc.

14. Amazon Logistics, Inc. owned the trailer portion of the tractor-trailer. This trailer was towed by Mr. Nabiev.

15. Amazon Logistics, Inc. hired Fayzullo Nabiev and Abdunabi Express, Inc, for the trip on which Mr. Nabiev crashed into the vehicles towed by Mr. Martinez.

16. At the time of the collision, Mr. Martinez was towing two vehicles and both were damaged in the accident caused by the tractor-trailer crashing into the rear towed vehicle,.

17. The defendants negligently owned, maintained, operated and/or controlled the subject vehicle to cause it to collide with Plaintiff's vehicle.

18. Defendants owed Plaintiff a legal duty or duties. Defendants breached their duty or duties to Plaintiff.

19. At the time of and a result of this incident, Plaintiffs sustained severe and permanent injuries.

20. As a result, Defendants were the actual and proximate cause of damages to Plaintiffs and Plaintiff's vehicle in an amount according to proof at trial.

21. By reason of foregoing, Defendants are liable for, and Plaintiff is entitled to recover, Plaintiff's general, special, actual and compensatory damages, including but not limited to, Plaintiff's necessary medical and related expenses, past, present and future lost earnings, loss of future earnings capacity, as well as mental, emotional and Physical pain and suffering, in an amount according to proof at trial.

## V.

## CAUSES OF ACTION

### Claim 1 -- NEGLIGENCE OF DEFENDANTS

22. Plaintiffs allege that Defendants, were negligent, and Defendants' negligence proximately caused the incident wherein Plaintiffs sustained personal injuries. Plaintiff's damages are in excess of the Court's minimum jurisdictional limits.

23. Defendant Mr. Nabiev, while working as an agent for Amazon Logistics Inc., was negligent in failing to keep a proper lookout, in failing to maintain proper control of the vehicle, in failing to pay attention when operating a motor vehicle on our state's public highways, in failing to keep the vehicle under control and all other acts and/or omissions may be shown at the trial of this matter.

### Claim 2 -- PERSONAL INJURIES

24. Plaintiff alleges that as a direct and proximate result of Defendants' negligent conduct, they suffered from severe bodily injuries.

25. In connection with such injuries, Plaintiff has suffered severe physical pain and mental anguish in the past and is suffering severe physical pain and mental anguish in the present. In all reasonable probability, they will continue to suffer for the rest of her life.

26. Plaintiff has necessarily incurred reasonable medical expenses in the past

in the proper diagnosis, care, and treatment of their injuries. The injuries are such that, in reasonable probability, they will necessarily continue to incur reasonable medical expenses in the future for the proper care and treatment of their injuries.

27. In connection with such injuries, Plaintiff has suffered physical impairment.

28. In connection with such injuries, Plaintiff has suffered the loss of past earning capacity and loss of future earning capacity.

29. In connection with such injuries, Plaintiff has suffered the loss of household services.

30. Plaintiff will further show that their damages, respectively, greatly exceed the minimal jurisdiction of this Court.

## VI. Intent to Use Defendants' Documents

31. Plaintiffs hereby gives notice of intent to utilize items produced in discovery against the party producing same. The authenticity of such items is self-proven per TRCP 193.7.

## VII. Trial by Jury

32. Plaintiff is entitled to and hereby demands a trial by jury. Plaintiff has filed an statement of inability to pay court costs pursuant to Rule 145 of the Texas Rules of Civil Procedure with the original petition.

## VIII. Email for Service

33. The following is the undersigned attorney's designated e-service email address for all e-served documents and notices, filed and unfiled, pursuant to Texas Rules of Civil Procedure 21(f)(2) and 21a: calendaring@Beverlylaw.org. This is the undersigned's *only* e-service email address, and service through any other email address will be considered invalid.

## IX. PRAYER

34. For these reasons, Plaintiffs pray that they recover the following from Defendants:

a. Full amount of actual damages;

b. Exemplary and punitive damages where applicable;

c. Prejudgment and post-judgment interest as allowed by law; and

d. All other relief, in law and in equity, to which Plaintiffs may be entitled.

Respectfully submitted,

AMY BETH CLARK
State Bar No. 24043761
amybclark@beverlylaw.org
BEVERLY LAW FIRM
Mailing Address: 4929 Wilshire Blvd., Suite 702
Los Angeles, CA
Phone: 310-552-6959
Fax: 323-421-9397
Service email: calendaring@beverlylaw.org

*Attorney for Plaintiff Noe Martinez Trevino*

EXHIBIT A
6:24-CV-205
Filed 2/23/2024 4:20 PM
Joanna Staton, District Clerk
District Court - Bell County, TX
by Melissa Wallace , Deputy

**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

**AVISO: ESTE DOCUMENTO CONTIENE INFORMACIÓN CONFIDENCIAL**

# Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

# Declaración sobre Incapacidad de Pago de Costas de Tribunal o de una Fianza de Apelación

**Cause Number**
**Número de Caso** 24DCV344767

The Clerk's office will fill in the Cause Number when you file this form.

El Secretario del Tribunal anotará el Número de Caso cuando usted presente este formulario.

NOE MARTINEZ TREVINO

**v.**

FAYZULLO NABIEV, ET AL

Copy information listed at the top left of the petition here.

Copie aquí la información ubicada en la parte superior izquierda del escrito de la demanda.

Copy information listed at the top right of the petition here.

Copie aquí la información ubicada en la parte superior derecha del escrito de la demanda.

____________________
Court Number
Número del Tribunal

BELL ,Texas
County
Condado

- [x] District Court / Tribunal de Distrito
- [ ] County Court / Tribunal del Condado
- [ ] County Court at Law / Tribunal Estatutario
- [ ] Justice Court / Juzgado de Paz
- [ ] Probate Court / Juzgado Sucesorio


Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

Copy from re:SearchTX

**1. Your Information / Su Información**

- My full legal name is / Mi nombre legal completo es
  Noe Martinez Trevino
  First Middle Last / Nombre de Pila Segundo Nombre Apellido

- My date of birth is / Mi fecha de nacimiento es
  04/22/1992
  Month Day Year / Mes Día Año

- My address is / Mi dirección es

  Home / Domicilio 2501 MAMIE DR Brownsville, TX 78521

  Mailing / Dirección Postal 2501 MAMIE DR Brownsville, TX 78521

- My phone number / Mi número telefónico (956) 466-8634

- My email I check often / Mi correo electrónico que reviso con frecuencia
  arnulfomtz069@gmail.com

Go to next page

Pase a la siguiente página



Copy from re:SearchTX

**2. About My Dependents / Mis Dependientes**

"The people who depend on me financially are listed below." **Use initials only for children under 18.** If needed, attach a separate piece of paper to list more dependents.

"Las personas a continuación dependen económicamente de mí." **Use iniciales para los menores de 18 años** y, si es necesario, anexe una hoja por separado para enumerar a todos sus dependientes.

| Name<br>Nombre | Age<br>Edad | Relationship to me<br>Parentesco Conmigo |
|---|---|---|
| - | - | - |
| | | |
| | | |
| | | |
| | | |

**3. Are you represented by Legal Aid? ¿Está siendo representado por alguna entidad de asistencia legal?**

**Check only one box. Seleccione solo una casilla.**

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as "Exhibit: Legal Aid Certificate."

Me está representando gratuitamente un abogado que trabaja para una entidad de asistencia legal o que recibió mi caso de una entidad de asistencia legal. El certificado que la entidad de asistencia legal me entregó lo adjunto bajo el título, "Anexo: Certificado de Asistencia Legal."

or / o

☒ I am not represented by legal aid.

No me está representando ninguna entidad de asistencia legal.



Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

Copy from re:SearchTX

**4. Public Benefits / Beneficios de Asistencia Pública**

- Do you or any of your dependents receive public benefits?
  *¿Recibe usted o sus dependientes beneficios de asistencia pública?*

☒ Yes / *Sí* ☐ No / *No*

- If you answered yes, check all that apply and attach proof to this form, such as a copy of an eligibility form or check.

  Si respondió con un Sí, marque todas las casillas que apliquen y adjunte a este formulario comprobantes, tales como una copia de la carta autorizando que reciba estos beneficios o una copia del cheque que recibe.

☐ Food stamps/SNAP
Cupones de comida/SNAP

☐ TANF

☒ Medicaid

☐ CHIP

☐ SSI/SSDI

☐ WIC

☐ Lifeline

☐ Public Housing or Section 8 Housing
Asistencia de Vivienda / Programa de Vivienda bajo Sección 8

☐ Low-Income Home Energy Assistance
Asistencia con Energía Eléctrica

☐ Community Care via HHS
Ayuda Comunitaria bajo HHS

☐ LIS in Medicare ("Extra Help")
Subsidio Adicional de Medicare bajo el Programa LIS

☐ Needs-based VA Pension
Pensión para Veteranos de Guerra en función a necesidades

☐ Child Care Assistance under Child Care and Development Block Grant
Asistencia con Guardería bajo el Programa CCDBG

☐ County Assistance, County Health Care, or General Assistance (GA)
Asistencia del Condado, Asistencia Médica del Condado, o Asistencia General (GA)

☐ Other / Otros beneficios
______________________________

☐ Other / Otros beneficios
______________________________

 Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

Copy from re:SearchTX

**5. What are your monthly income sources? ¿Cuáles son sus fuentes de ingresos mensuales?**

- My **take-home** pay is $0_______ in monthly wages.

  Mi **pago neto** es $_______ en sueldo mensual.

- I work as a ______________ (your job title) for ________________ (your employer).

  Yo trabajo como ________________ (título de su puesto) para ___________________ (compañía o jefe).

- $150_________ is my total **monthly** income / son mis ingresos totales **al mes**.

These are my income sources. Estas son mis fuentes de ingresos.

- $0____________ in unemployment / en beneficios de desempleo.

  I have been unemployed since 03/16/2022 (date).

  He estado desempleado desde ______________ (indique fecha).

- $150____________ in public benefits / en beneficios de Asistencia Pública.

- $0____________ from people in my household other than my spouse / de ingresos de otras personas en mi hogar que no son de mi cónyuge.

- $0____________ from retirement or pension / de jubilación o pensión.

- $0____________ from tips or bonus / de propinas o bonos.

- $0____________ from disability / de discapacidad.

- $0____________ from worker's comp / de compensación al trabajador.

- $0____________ from social security / de seguro social.

 Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

Copy from re:SearchTX

- $0___________ from military housing / de vivienda militar.
- $0___________ from dividends, interest, or royalties / de dividendos, intereses, o regalías.
- $0___________ from child or spousal support / de manutención de menores o manutención conyugal recibida.
- Answer only if your spouse is not your opponent. Responda tan sólo si su ccónyuge no es parte contraria en esta causa legal.$0___________ from my spouse's income / de ingresos de mi cónyuge.
- $0___________ from other jobs/sources of income / de *otros* trabajos/ fuentes de ingresos.

  Describe / describa:

  ________________________________________________

  ________________________________________________

Go to next page

Pase a la siguiente página

 Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

Copy from re:SearchTX

| **6. What is the value of your assets or property? ¿Cuál es el valor de sus bienes o propiedades?** | |
|---|---|
| My property includes:<br>Mis bienes incluyen: | Value / Valor<br>The value is the amount the item would sell for less the amount you still owe on it, if anything.<br>El valor de sus bienes es la cantidad por la que la propiedad o pertenencia se vendería, menos el monto que aún se adeuda, si lo hubiera. |
| ➢ Cash<br>Dinero en efectivo | $ 0 |
| ➢ Bank accounts, other financial assets<br>Cuentas bancarias, otros bienes financieros | |
| - | $ 0 |
| - | $ 0 |
| - | $ 0 |
| ➢ Cars and boats (make and year)<br>Automóviles, lanchas (modelo y año) | |
| - | $ 0 |
| - | $ 0 |
| - | $ 0 |
| ➢ Other property like jewelry, stocks, land, a second house. (Do not list your homestead.)<br>Otros bienes como joyas, acciones, terrenos, una segunda casa. (No indique su hogar familiar.) | |
| - | $ 0 |
| - | $ 0 |
| - | $ 0 |
| **Total Value of Property**<br>**Valor Total de Sus Bienes** | **$** 0 |

 Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

Copy from re:SearchTX

| **7. What are your monthly expenses that are not deducted from your paycheck?**<br>**¿Cuáles son sus gastos mensuales que no son descontados de su cheque de sueldo?** | |
|---|---|
| My monthly expenses are:<br>Mis gastos mensuales son: | Amount<br>Cantidad |
| ➢ Rent/house payments; maintenance<br>Alquiler/hipoteca; mantenimiento de casa | $ 0 |
| ➢ Food and household supplies<br>Alimentos y artículos para el hogar | $ 200 |
| ➢ Utilities and telephone<br>Luz, gas, agua y teléfono | $ 300 |
| ➢ Clothing and laundry<br>Ropa y lavado de ropa | $ 125 |
| ➢ Medical and dental expenses<br>Gastos médicos y dentales | $ 100 |
| ➢ Insurance (life, health, auto, etc.)<br>Seguros (de vida, médico, de automóvil etc.) | $ 150 |
| ➢ School and childcare<br>Escuelas y guarderías | $ 0 |
| ➢ Transportation, auto repair, gas<br>Transportación, reparaciones de automóviles, gasolina | $ 100 |
| ➢ Child/Spousal support<br>Manutención a Menores/Manutención Conyugal | $ 600 |
| ➢ Debt payments to (list):<br>Pagos por deudas hechas a (indíquelos): | |
| | $ 0 |
| | $ 0 |
| ➢ Wages withheld by court order<br>Sueldo retenido por orden judicial | $ 0 |
| ➢ Other expenses (list):<br>Otros gastos (indíquelos): | |
| | $ 0 |
| | $ 0 |
| **Total Monthly Expenses**<br>**Gastos Totales Mensuales** | **$** 1,575 |


Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

Copy from re:SearchTX

**8. Are there debts or other facts explaining your financial situation? ¿Hay deudas u otros factores que expliquen su situación económica?**

My debts include (list debt and amount owed):
Mis duedas incluyen (indique deuda y la cantidad que debe):

| | |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts."

Si usted desea que el tribunal considere otros factores, tales como gastos médicos excepcionales, emergencias familiares, etc., adjunte al formulario otra hoja con esta información y bajo el título, "Anexo: Información Adicional de Apoyo."

**9. Ability to Pay Court Costs. Declaración sobre su Habilidad de Pagar Costas de Tribunal**

Check only one box. Seleccione tan solo una casilla.

- [x] I cannot afford to pay court costs. No puedo pagar las costas de tribunal.
- [ ] I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision, and I cannot afford to pay court costs.

  No puedo aportar una fianza de apelación ni pagar un depósito en efectivo para apelar la decisión judicial de un magistrado, y no puedo pagar costas de tribunal.

Go to next page

Pase a la siguiente página

 Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

Copy from re:SearchTX

**10. Declaration/Affidavit. Declaración Escrita Bajo Juramento.**

Fill out **only one** box. If you fill out the Declaration, you will not need to sign the form in front of a notary public. If you do not want to list your address for privacy or safety concerns, take the form and photo identification, and fill out the Affidavit box in front of a notary public.

Llene tan **solo una** opción. Si usted llena la Declaración, no necesitará firmar el formulario ante un notario. Si usted no quiere que aparezca su domicilio en el documento para conservar su privacidad o por motivos de su seguridad, lleve el formulario y una identificación con fotografía y llene la sección de la Declaración Escrita Bajo Juramento ante un Notario.

Go to next page

Pase a la siguiente página

 Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

Copy from re:SearchTX

# Option 1 / Opción 1

**Declaration**: I declare under penalty of perjury that the foregoing is true and correct.

**Declaración**: Yo declaro bajo pena de perjurio que la información a continuación es correcta y verdadera.

➢ My name is / Mi nombre es

Noe Martinez Trevino

➢ My date of birth is / Mi fecha de nacimiento es

04 / 22 / 1992

➢ My address is / Mi domicilio es

2501 MAMIE DR Brownsville, TX 78521

Street, city, zip, country
Calle y número, ciudad, estado, código postal, pais

➢ Noe Martinez Trevino BLF

Signature
Firma

➢ 02/13/2024

Date (month, day, year)
Fecha (mes, día, año)

➢ Brownsville

County, state
Condado, estado

# Go to next page

# Pase a la siguiente página

 Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

Copy from re:SearchTX

# Option 2 / Opción 2

**Affidavit:** I swear under penalty of perjury that the foregoing is true and correct.

**Declaración Escrita Bajo Juramento:** Yo juro bajo pena de perjurio, que lo que precede es correcto y verdadero.

**You fill out this section.**
**Usted llena esta sección.**

➢ ______________________________
Your printed name
Su nombre en letra de molde

➢ ______________________________
Your signature
Su firma

**The notary fills out this section.**
**El Notario llena esta sección.**

➢ ______________________________

Subscribed before me this day of
Juramentado y suscrito ante mí el día de hoy del mes de

04 ______________________________, 20____

______________________________
NOTARY
NOTARIO


Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

Copy from re:SearchTX

Filed 3/28/2024 5:02 PM
Joanna Staton, District Clerk
District Court - Bell County, TX
by Melissa Wallace , Deputy
EXHIBIT A
6:24-CV-205

server: BACK TO ATTY

ORIGINAL

# THE STATE OF TEXAS

## NON-RESIDENT CITATION

Cause No. **24DCV344767**

PAUPER'S OATH

To

**FAYZULLO NABIEV**
**3111 BRIGHTON 7TH ST, APT 1L**
**BROOKLYN, NEW YORK 11235**

**Defendant**, in the hereinafter styled and numbered cause:

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION AND DEMAND FOR JURY** at or before 10:00 a.m. on the first Monday following the expiration of twenty (20) days from the date of service hereof, with the clerk of the **169th Judicial District Court**, Bell County, Texas, to be held at the Bell County Justice Complex Building, District Courts in Belton, Texas, a copy of which accompanies this citation, in cause number **24DCV344767**, styled

**Noe Martinez Trevino VS. FAYZULLO NABIEV, ABDUNABI EXPRESS INC., AMAZON LOGISTICS INC., VALERIE LEE, CHARLES H MARLOW**

filed in said court on **February 23, 2024**.

This was issued at the request of attorney: **AMY CLARK BEVERLY LAW FIRM 4929 WILSHIRE BLVD SUITE 702 LOS ANGELES CA 90010**

**NOTICE TO Defendant:** ***You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer, with the clerk who issued this citation by 10:00 AM on the first Monday following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.***

Witness, Joanna Staton, District Clerk of Bell County, Texas.

Issued and given under my hand and seal of said Court at office in Belton, Texas, on March 06, 2024.

**Joanna Staton**
**District Clerk**
Bell County, Texas
1201 Huey Road
P.O. Box 909
Belton, Texas 76513

By: [signature] Deputy Clerk
C. Chase

Copy from re:SearchTX

IN THE DISTRICT COURT FOR THE 146TH JUDICIAL DISTRICT
BELL COUNTY, TEXAS

| | |
|---|---|
| Noe Martinez Trevino<br>Plaintiff<br>vs<br>FAYZULLO NABIEV, ABDUNABI EXPRESS INC., AMAZON LOGISTICS INC., VALERIE LEE, CHARLES H MARLOW<br>Defendant | **Cause:** 24DCV344767<br>**Date Filed:**<br>**Client's File No.:**<br>**Court Date:** |

STATE OF NEW YORK, COUNTY OF LEWIS, SS.:
**Sohayeb Jabir** , being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of .

On **3/25/2024**, at **8:47 PM** at: **3111 BRIGHTON 7TH ST, APT 1L, Brooklyn, NY 11235** Deponent served the within **Citation** and Plaintiff's Original Petition and Demand for Jury

On: **FAYZULLO NABIEV**, therein named.

☒ **INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **SUITABLE AGE PERSON**
By delivering thereat a true copy of each to (Personally) a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☐ **Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be thereof.

☐

**MAILING**
On , deponent enclosed a copy of same via certified mail and regular first class mail in a postpaid envelope properly addressed to defendant at defendant's last known [X] Actual Place of Residence [] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **DESCRIPTION**
**Sex**: Male **Color of skin**: Tan **Color of hair:** Black **Glasses**:
**Age**: 30 **Height**: 5ft 4in - 5ft 8in **Weight**: 161-200 Lbs. **Other Features**:

☒ **MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **OTHER**

Sworn to before me on 3/27/2024
[signature]
Ahmed Elwasli
Notary Public - State of New York
No. 01EL6391019 ; Qualified in Kings County
My Commission Expires April 29, 2027

[signature]
Sohayeb Jabir
2101695-DCA

Copy from re:SearchTX

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 86092602
Filing Code Description: Served Service
Filing Description: SERVED CITATION FOR FAYZULLO NABIEV 03.25.24
Status as of 4/1/2024 9:37 AM CST

Associated Case Party: Noe Martinez Trevino

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Amy Clark | | calendaring@beverlylaw.org | 3/28/2024 5:02:54 PM | SENT |

Copy from re:SearchTX

EXHIBIT A 6:24-CV-205

CSC

null / ALL
Transmittal Number: 28779781
Date Processed: 03/22/2024

# Notice of Service of Process

**Primary Contact:** Ms. Lynn Radliff
Amazon.Com, Inc.
440 Terry Ave N
Seattle, WA 98109-5210

**Electronic copy provided to:**
Maria Catana
Theresa Nixon
Lacy O'Block
Lynn Foley-Jefferson
Lizette Fernandez
Stephanie Habben
Vivian Ching
Karen Curtis
Kimberly Thomas

| | |
|---|---|
| **Entity:** | Amazon Logistics, Inc.<br>Entity ID Number 3192856 |
| **Entity Served:** | Amazon Logistics, Inc. |
| **Title of Action:** | Now Martinez Trevino vs. Fayzullo Nabiev |
| **Matter Name/ID:** | Now Martinez Trevino vs. Fayzullo Nabiev (15463447) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Bell County District Court, TX |
| **Case/Reference No:** | 24DCV344767 |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC:** | 03/21/2024 |
| **Answer or Appearance Due:** | 10:00 am Monday next following the expiration of 20 days after service |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Beverly Law Firm<br>310-552-6959 |
| **Client Requested Information:** | Amazon Case Type: Lawsuit - Auto Liability - Personal Injury |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

Filed 4/15/2024 9:12 AM
Joanna Staton, District Clerk
District Court - Bell County, TX
by Melissa Wallace , Deputy

**CAUSE NO. 24DCV344767**

| | | |
|---|---|---|
| **NOW MARTINEZ TREVINO** *Plaintiff,* | § | **IN THE DISTRICT COURT** |
| **v.** | § | |
| | § | |
| **FAYZULLO NABIEV, ABDUNABI EXPRESS INC., AND AMAZON LOGISTICS, INC.** *Defendants* | § | **169TH JUDICIAL DISTRICT OF** |
| | § | |
| | § | |
| | § | |
| | § | **BELL COUNTY, TEXAS** |

**DEFENDANT AMAZON LOGISTICS, INC.'S SPECIAL EXCEPTIONS AND ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Amazon Logistics, Inc. (hereafter "Defendant" or "Amazon"), files its Special Exceptions and Original Answer to Plaintiff's Petition.

## I. SPECIAL EXCEPTIONS

1. Texas follows a "fair notice" standard for pleadings in which courts assess the sufficiency of pleadings by determining whether an opposing party can ascertain from the pleading the nature, basic issues, and the type of evidence that might be relevant to the controversy. *Low v. Henry*, 221 S.W.3d 609, 612 (Tex. 2007). The fair notice pleading standard serves to give the opposing party information sufficient to enable it to prepare a defense. *Horizon v. Auld*, 34 S.W.3d 887, 897 (Tex. 2000). In determining whether a pleading is adequate, the court examines whether an opposing attorney of reasonable competence, on review of the pleadings, can ascertain the nature and the basic issues of the controversy. *Elite Door & Trim v. Tapia*, 355 S.W.3d 757, 766 (Tex.App.— Dallas 2011, no pet.).

2. Pursuant to Rule 91 of the TEXAS RULES OF CIVIL PROCEDURE, Defendant points out the following defects in Plaintiff's Petition and respectfully requests this court enter an order requiring Plaintiff to re-plead the allegations in their petition.

3. Defendant specially excepts to Plaintiff's paragraphs 17 – 22 and 24 of Plaintiff's petition wherein Plaintiff lumps of all Defendants together in alleging all defendants have the same duties, responsibilities, and obligations without pleading any facts to support the same. Lumping all Defendants together is improper and fails to provide Defendant with fair notice as to the specific allegations asserted by Plaintiff against Amazon.

4. Defendant further specially excepts and objects to Plaintiff's paragraph 23 of Plaintiff's Petition, as it fails to demonstrate what principles of liability are allegedly imposed on Amazon and the factual basis for the agent relationship claimed by Plaintiff. Amazon cannot determine on what basis Plaintiff claims Amazon owed any duties to Plaintiff. Such portions of the Petition should be struck, and Plaintiff should be required to re-plead with more specificity in conformity with the law and the Texas Rules of Civil Procedure.

## II. <u>GENERAL DENIAL</u>

5. Subject to the Special Exceptions itemized in the above section, Amazon, under the provisions of Rule 92, Texas Rules of Civil Procedure, generally denies each and every, all and singular, of the allegations alleged against it in Plaintiff's Petition.

## III. <u>DEFENSES</u>

6. Pleading further, in the alternative and without waiving the foregoing, no acts or omissions of Amazon were a proximate cause, or in the alternative, the sole proximate cause of the occurrence in question and of Plaintiff's damage, if any.

7. Pleading further, in the alternative and without waiving the foregoing, Amazon would show that Plaintiff's own acts and/or omissions caused or contributed to the damages claimed by Plaintiff, if any.

8. Pleading further, in the alternative and without waiving the foregoing, Amazon would show that the occurrence in question was solely caused by persons, entities, instrumentalities, or factors other than Amazon, over whom Amazon possesses no right of control, and for whom Amazon has no responsibility.

9. Pleading further, in the alternative and without waiving the foregoing, Amazon would assert that the actions or omissions of one or more third parties, either acting singularly or in combination, were the proximate cause, contributing cause, the sole proximate cause, or intervening cause(s) of Plaintiff's damages, if any.

10. Pleading further, in the alternative and without waiving the foregoing, Amazon is entitled to an offset, credit, contribution and proportionate reduction regarding any percentage of negligence attributable to responsible third parties and settling parties. Amazon invokes Chapters 32 and Chapter 33 of the Texas Civil Practice and Remedies Code vis-à-vis contribution and proportionate responsibility.

11. In the unlikely event that Amazon is found liable to Plaintiff, Amazon affirmatively pleads that it is entitled to a credit or offset for any and all sums Plaintiff has received or may hereafter receive by way of any and all settlements, loan receipts, or Mary Carter type agreements arising from Plaintiff's claims and causes of action.

12. Pleading further, in the alternative and without waiving the foregoing, Section 41.0105 of the Texas Civil Practice and Remedies Code restricts Plaintiff's recovery, if any, to only those medical expenses actually paid or that were incurred by or on her behalf.

13. Pleading further, in the alternative and without waiving the foregoing, Plaintiff is not entitled to recover any damages for alleged injuries that were preexisting or not otherwise exacerbated by the alleged incident.

14. Pleading further, in the alternative and without waiving the foregoing, Amazon invokes section 18.091(a) of the TEXAS CIVIL PRACTICE & REMEDIES CODE, which require certain losses (including earnings, earning capacity, contributions of a pecuniary value, or inheritance) be proven in the form of a net loss after the reduction for federal income tax.

15. Moreover, as allowed by Rule 48 of the Texas Rules of Civil Procedure, Amazon additionally asserts its right to a proportionate reduction of any damages found against it based upon the percentage of negligence attributable to any settling tortfeasor or properly joined responsible third party. See Texas Civil Practice & Remedies Code §§33.001¬33.004, 33.012-33.013.

16. Pleading further and without waiving the foregoing, Amazon invokes the provisions of Chapter 33 of the TEXAS CIVIL PRACTICE & REMEDIES CODE, including, but not limited to:

a) Section 33.001, which provides a Plaintiff may not recover damages if their percentage of responsibility is greater than fifty (50) percent;

b) Section 33.003, which requires the determination of the percentage of responsibility of each claimant, defendant, settling defendant, and responsible third party;

c) Section 33.004(a) whereby a defendant may seek to designate a person as a responsible third party by filing a motion for leave to designate that person as a responsible third party if the motion is filed on or before the 60th day before the trial date, and Section 33.001(6) where "responsible third party" means any person who is alleged to have caused or contributed to causing in any way the harm for which recovery of damages is sought, whether by negligent act or omission, by any defective or unreasonably dangerous product, by other conduct or activity that violates an applicable legal standard, or by any combination of these. Designations may include employers, bankrupt entities,

and unknown "John Doe" persons or entities whose actions contributed to the harm;

d) Section 33.012(a) and (b) providing for reduction of any recovery by (1) Plaintiff's percentage responsibility and (2) settlement credits;

e) Section 33.013(a), which states that except as provided in Subsection (b), a liable defendant is liable to a claimant only for the percentage of the damages found by the trier of fact equal to that defendant's percentage of responsibility with respect to the personal injury, property damage, death, or other harm for which the damages are allowed;

f) Section 33.013(b) requiring that, aside from intentional conduct, a defendant is liable only for its proportional share of any fault unless a defendant is found to be greater than fifty (50) percent responsible, in which case the defendant may be held jointly and severally liable with other defendants if the Plaintiff's/decedents' injuries/death resulted from a toxic tort;

g) Section 33.015, which allows for contribution; and

h) Section 33.016, which permits designation and submission of contribution defendants.

17. Amazon further affirmatively pleads the provisions of Chapter 41 of the TEXAS

**U.S. Constitutional Defenses Against Pre-Judgment Interest**

18. In addition, Amazon affirmatively asserts that the assessment and award of pre-judgment interest violates the Eighth Amendment to the United States Constitution, as applied to the states through the Fourteenth Amendment to the United States Constitution, in that such an award constitutes an excessive fine imposed without the protection of fundamental due process. Accordingly, Amazon hereby invokes its rights under the Fifth, Eighth, and Fourteenth Amendments to the United States Constitution and respectfully requests this Court disallow any award of pre-judgment interest for the following reasons:

a) Any award by a jury is to be an amount of money assessed at the time of trial and is to be paid in dollars awarded at the time of trial and, as such, the jury has already factored into its deliberations the change in the value of money from the time of the occurrence in question until the time of trial; and

b) In awarding prejudgment interest, Plaintiff, in effect, receives double any pre-judgment interest into account the time value of money and prejudgment interest added to the jury's verdict constituting an award amounting to double recovery.

**Texas Statutory Defenses Against Pre-Judgment Interest**

19. Amazon further asserts that Plaintiff's claims for prejudgment interest are limited by the dates and amounts set forth in one or more of the following statutes, as applicable to this case:

a) Article 5069-1.05, § 6, Tex. Rev. Civ. Stat. Ann.;

b) Chapter 41 § 41.007, of the Tex. Civ. Prac. & Rem. Code, Ann.; and

c) Texas Finance Code.

## IV. OBJECTION TO PLAINTIFF'S RULE 193.7 NOTICE

20. A party may object to a Rule 193.7 notice within 10 days of "actual knowledge that the document will be used." TEX. R. CIV. P. 193.7. Plaintiff has not identified any specific documents to be used pursuant to Rule 193.7, and therefore the deadline has not been triggered. Notwithstanding Plaintiff's failure to identify any specific document or documents to be used pursuant to Rule 193.7, in the abundance of caution, Defendant hereby objects to Plaintiff's notice because it attempts to circumvent the purpose of Rule 193.7 to give opposing parties fair notice that a particular document or documents will be used at trial, and to afford those parties a fair opportunity to object to the authenticity of the document(s). TEX. R. CIV. P. 193.7; Comment 7. Plaintiff's attempt to give blanket notice that they will use any "and all documents produced" does not provide fair notice of the specific documents they intend to use, or a meaningful opportunity for any party to object.

## V. JURY DEMAND

21. Amazon requests a jury trial and will tender the required fee as required by law, if not already tendered by another party.

## VI. PRAYER

WHEREFORE PREMISES CONSIDERED, Defendant Amazon Logistics, Inc., prays this honorable Court grant its Special Exceptions, and further, Plaintiff take nothing by his claims and causes of action against Amazon and that Amazon be granted all other relief to which it may be justly entitled.

Respectfully submitted,
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, L.L.P.**

By: /s/ *Laura S. Favaloro*
Laura S. Favaloro
Texas Bar No. 00784929
Laura.Favaloro@wilsonelser.com
Teylor E. Mark
Texas Bar No. 24099704
Teylor.Mark@wilsonelser.com
909 Fannin Street, Suite 3300
Houston, Texas 77010
Telephone: 713-353-2000
Facsimile: 713-785-7780

**COUNSEL FOR DEFENDANT AMAZON LOGISTICS INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above foregoing document has been served on all counsel of record pursuant to the Texas Rules of Civil Procedure on April 15, 2024.

/s/ *Laura S. Favaloro*
Laura S. Favaloro

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michelle Cochran on behalf of Laura Favaloro
Bar No. 784929
michelle.cochran@wilsonelser.com
Envelope ID: 86642099
Filing Code Description: Answer
Filing Description: DEFENDANT AMAZON LOGISTICS, INC'S SPECIAL EXCEPTIONS AND ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION BY FAVALORO
Status as of 4/16/2024 8:38 AM CST

Associated Case Party: Noe Martinez Trevino

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Amy Clark | | calendaring@beverlylaw.org | 4/15/2024 9:12:15 AM | SENT |

Associated Case Party: AMAZON LOGISTICS INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Laua Favaloro | | laura.favaloro@wilsonelser.com | 4/15/2024 9:12:15 AM | SENT |
| Teylor Mark | | teylor.mark@wilsonelser.com | 4/15/2024 9:12:15 AM | SENT |
| Michelle Cochran | | michelle.cochran@wilsonelser.com | 4/15/2024 9:12:15 AM | SENT |