Case No. 24DCV344767

| | |
|---|---|
| NOE MARTINEZ TREVINO<br>*PLAINTIFF*<br><br>v.<br><br>FAYZULLO NABIEV, ABDUNABI EXPRESS INC., AMAZON LOGISTICS INC<br>*DEFENDANTS* | IN THE DISTRICT COURT<br><br>OF<br><br>BELL COUNTY, TEXAS |

PLAINTIFF'S NONSUIT AGAINST DEFENDANTS

TO THE HONORABLE JUDGE OF SAID COURT:

NOE MARTINEZ TREVINO, Plaintiff, by and through his attorney of record, Amy Clark, Esq., files this Nonsuit Against Defendants.

A. Introduction

1. Plaintiff, NOE MARTINEZ TREVINO, sued defendants FAYZULLO NABIEV, ABDUNABI EXPRESS INC., AMAZON LOGISTICS INC. for negligence in a motor vehicle accident resulting in the causation of damages to Plaintiff.

B. Notice of Nonsuit

2. Plaintiff asks the Court to sign an order of nonsuit on all his claims against defendants, FAYZULLO NABIEV, ABDUNABI EXPRESS INC., AMAZON LOGISTICS INC.

EXHIBIT A

3.   Plaintiff requests a dismissal with prejudice.

                                            Respectfully submitted,

                                            BEVERLY LAW

                                            _____
                                            Amy Beth Clark
                                            Counsel for *Plaintiff*
                                            State Bar No. 24043761
                                            Beverly Law
                                            4929 Wilshire Blvd. Suite 702
                                            Los Angeles, CA 90010
                                            310-961-9084 x951
                                            AmyBClark@beverlylaw.org
                                            calendaring@beverlylaw.org

EXHIBIT A