Filed 9/27/2024 1:05 PM
Joanna Staton, District Clerk
District Court - Bell County, TX
by Melissa Wallace, Deputy



NO. 24DCV344767

| | | |
|---|---|---|
| NOE MARTINEZ TREVINO | § § | IN THE DISTRICT COURT |
| VS. | § § | 169th JUDICIAL DISTRICT |
| FAYZULLO NABIEV, ABDUNABI EXPRESS INC., AMAZON LOGISTICS INC | § § § § § | BELL COUNTY, TEXAS |

### (PROPOSED) ORDER GRANTING PLAINTIFF'S NOTICE OF NONSUIT FOR DEFENDANTS

The Court, having considered Plaintiff's Motion for Nonsuit, hereby GRANTS the Motion for Nonsuit of the Defendants FAYZULLO NABIEV, ABDUNABI EXPRESS INC., AMAZON LOGISTICS INC.

It is therefore ordered.

Signed  10/4/2024 , 2024

*Cari Sorrow Burns*
Presiding Judge

169TH DISTRICT COURT
BELL COUNTY, TEXAS

EXHIBIT B

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michael Shemtoub on behalf of Cheryl Lynn Asher
Bar No. 24034188
litsupport3@beverlylaw.org
Envelope ID: 92539660
Filing Code Description: Notice of Non-Suit
Filing Description: PLAINTIFF'S NONSUIT AGAINST DEFENDANTS
Status as of 10/8/2024 9:49 AM CST

Associated Case Party: AMAZON LOGISTICS INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michelle Cochran | | michelle.cochran@wilsonelser.com | 9/27/2024 1:05:00 PM | SENT |
| Teylor Mark | | teylor.mark@wilsonelser.com | 9/27/2024 1:05:00 PM | SENT |
| Laura S. Favaloro | | laura.favaloro@wilsonelser.com | 9/27/2024 1:05:00 PM | SENT |

Associated Case Party: Noe Martinez Trevino

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Amy Clark | | calendaring@beverlylaw.org | 9/27/2024 1:05:00 PM | SENT |

**EXHIBIT B**