IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **NOW MARTINEZ TREVINO,**  *Plaintiff,* | § § § § | |
| v. | § § | **6:24-CV-00205-ADA-DNM** |
| **AMAZON LOGISTICS, INC., FAYZULLO NABIEV, ABDUNABI EXPRESS, INC.,**  *Defendants.* | § § § § § | |

## ORDER TO SHOW CAUSE

On April 22, 2024, Amazon Logistics, Inc. filed a notice of removal to federal court. (Dkt. No. 1 at 1). Since then, Now Martinez Trevino has made no filings in the case. Based on the lack of any apparent attempt by Trevino to prosecute the case, Amazon Logistics filed a motion to dismiss under Federal Rule of Civil Procedure 41 on July 10, 2025. (Dkt. No. 4). Trevino never responded.

On December 1, 2025, the Court entered an order setting this matter for a status conference on December 15, 2025. (Dkt. No. 5). Trevino did not appear for the conference. During the status conference, Counsel for Amazon Logistics stated her office made numerous unsuccessful attempts to communicate and coordinate with counsel for Trevino. (See: Dkt. No. 6).

Based on the failure to prosecute this case in the 18 months since it was removed, the lack of any response to Amazon Logistics's motion to dismiss, and Trevino's failure to appear for the status conference, the Court **ORDERS** the plaintiff to show cause as to why this case should not be dismissed for failure to prosecute on or before January 15, 2025. Failure to do so will

result in the dismissal of this entire cause for FAILURE OF PLAINTIFF TO PROSECUTE OR TO COMPLY, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**SIGNED** this 16th day of December, 2025.

                                        DAN MACLEMORE
                                      UNITED STATES MAGISTRATE JUDGE