UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| NOW MARTINEZ TREVINO,<br>*Plaintiff*, | § § § | |
| v. | § § | CIVIL NO. W-24-CV-205-ADA-DNM |
| AMAZON LOGISTICS, INC., et al.<br>*Defendants*. | § § § § | |

**REPORT AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE**

TO:   THE HONORABLE ALAN D ALBRIGHT,
       UNITED STATES DISTRICT JUDGE

This Report and Recommendation is submitted to the Court pursuant to 28 U.S.C. § 636(b)(1)(c) and Rules 1(h) and 4(b) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Local Rules for the Assignment of Duties to United States Magistrate Judges. Before the Court is Amazon Logistics Inc.'s Motion to Dismiss. Dkt. No. 4. Having considered the Motion, the lack of any response having been filed, Now Martinez Trevino's failure to appear at the December 15, 2025 status conference, and Trevino's failure to comply with the Court's December 16, 2025 Order to Show Cause, the Court recommends that the Motion to Dismiss be **GRANTED** and the case dismissed based on the Motion to Dismiss and pursuant to Federal Rules of Civil Procedure 16(f) and/or 41(b).

The case was removed to federal court on April 22, 2024. On July 10, 2025, Amazon Logistics filed its Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41. Dkt. No. 4. Amazon Logistics argued that the case should be dismissed because Trevino had done nothing to prosecute the case in the more than one year since removal. *Id.* Attached to the Motion was a copy of state pleadings showing that Trevino filed a Notice of Non-suit in state court and that the state court dismissed the case with prejudice on October 4, 2024. The Motion claims that

Amazon Logistics advised Trevino's counsel that the non-suit had been filed in the wrong court considering the removal, and that Trevino's counsel had not responded nor otherwise communicated with Amazon Logistics's counsel.

In light of the Motion to Dismiss, the Court set this matter for a December 15, 2025, status conference. Dkt No. 5. Counsel for Amazon Logistics appeared at the status conference, but no other parties appeared. Dkt. No. 6. During the status conference, Amazon Logistics's counsel confirmed the representations in the Motion to Dismiss and described additional unsuccessful attempts to communicate and coordinate with Trevino's counsel since the filing of the Motion to Dismiss.

On December 16, 2025, the Court issued an Order to Show Cause in which Trevino was ordered to show cause on or before January 15, 2026, as to why this case should not be dismissed for failure to prosecute. Dkt. No. 7. The Court recounted that Plaintiff failed to appear at the status conference on December 15, 2025, that Trevino had not responded to Amazon Logistics's Motion to Dismiss, and that there had been no effort to prosecute the case in the 18 months since it had been removed. *Id.* The Order to Show Cause noted that failing to comply would result in the dismissal of this case pursuant to Federal Rule of Civil Procedure 41(b). *Id.* Trevino has not responded to the Order to Show Cause.

> Rule 41(b) of the Federal Rules of Civil Procedure provides in pertinent part:
>
> If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule–except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19–operates as an adjudication on the merits.

FED. R. CIV. P. 41(b).

Furthermore, Rule 16(f) provides in pertinent part that "[o]n motion or on its own, the

court may issue any just orders, including those authorized by Rule 37(b)(2)(A)(ii)-(vii), if a party or its attorney: (A) fails to appear at a scheduling or other pretrial conference or (C) fails to obey a scheduling or other pretrial order." FED. R. CIV. P. 16(f). Rule 37(b)(2)(A) (ii)-(vii), which is referenced in Rule 16(f), permits the following sanctions:

> (ii) prohibiting the disobedient party from supporting or opposing designated claims or defenses, or from introducing designated matters in evidence;
>
> (iii) striking pleadings in whole or in part;
>
> (iv) staying further proceedings until the order is obeyed;
>
> (v) **dismissing the action or proceeding in whole or in part**;
>
> (vi) rendering a default judgment against the disobedient party; or
>
> (vii) treating as contempt of court the failure to obey any order except an order to submit to a physical or mental examination.

Fed. R. Civ. P. 37(b)(2)(A) (ii)-(vii) (emphasis added).

Based upon the foregoing, it is hereby **RECOMMENDED** that the case be dismissed with prejudice pursuant to FED. R. CIV. P. 16(f) and/or 41(b) based on Trevino's failure to prosecute, failure to appear, and failure to comply with court orders.

## OBJECTIONS

The parties may wish to file objections to this Report and Recommendation. A party filing objections must specifically identify those findings or recommendations to which objections are being made. The District Court need not consider frivolous, conclusive, or general objections. *See Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987). A party's failure to file written objections to the proposed findings and recommendations contained in this Report within fourteen (14) days after the party is served with a copy of the Report shall bar that party from de novo review by the District Court of the proposed findings and recommendations

in the Report and, except upon grounds of plain error, shall bar the party from appellate review of unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *See* 28 U.S.C. § 636(b)(l)(C); *Thomas v. Arn*, 474 U.S. 140, 150-53 (1985).

**SIGNED** this 23rd day of January, 2026.

                                      _____
                                      DAN N. MACLEMORE
                                      UNITED STATES MAGISTRATE JUDGE