IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **NOW MARTINEZ TREVINO,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CASE NO. 6:24-CV-00205-ADA-DNM** |
| | § | |
| **AMAZON LOGISTICS, INC., et al.,** | § | |
| *Defendants.* | § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dan MacLemore (Dkt. 8). The report recommends that this Court **GRANT** Defendant's Motion to Dismiss (Dkt. 4) and that this case be **DISMISSED** with prejudice based on the Motion to Dismiss and pursuant to Federal Rules of Civil Procedure 16(f) and/or 41(b). Dkt. 8 at 1–3. The report was filed on January 23, 2026.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge MacLemore (Dkt. 8) is **ADOPTED**.

**IT IS FURTHER ORDERED** Defendant's Motion to Dismiss (Dkt. 4) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that this case is hereby **DISMISSED** with prejudice based on the Motion to Dismiss and pursuant to Federal Rules of Civil Procedure 16(f) and/or 41(b).

**SIGNED** this 17th day of February, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE